# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSH SPINKS, JR., | CASE NO. 1:10-cv-01886-AWI-SKO PC |
| Plaintiff, | ORDER DISREGARDING PLAINTIFF'S OPPOSITION AS MOOT |
| v. | (Doc. 37) |
| E. LOPEZ, | |
| Defendant. | |

Plaintiff Rush Spinks, Jr., a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 12, 2010. On May 28, 2013, Plaintiff filed an opposition to Defendant's motion to compel. In as much as Defendant withdrew her motion to compel on May 17, 2013, Plaintiff's opposition is DISREGARDED as moot.

IT IS SO ORDERED.

**Dated:   May 31, 2013**                    /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE

1