1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10   RUSH SPINKS, JR.,

11              Plaintiff,

12        v.

13   E. LOPEZ,

14              Defendant.

15   _____/

Case No.  1:10-cv-01886-AWI-SKO PC

ORDER DENYING MOTION FOR RELIEF
UNDER RULE 56(D), OR IN THE
ALTERNATIVE FOR RELIEF UNDER RULE
16(B)(4)

(Doc. 50)

16        Plaintiff Rush Spinks, Jr., a state prisoner proceeding pro se and in forma pauperis, filed

17   this civil rights action pursuant to 42 U.S.C. § 1983 on October 12, 2010.   This action is

18   proceeding against Defendant Lopez for interfering with Plaintiff's post-operative medical

19   treatment, in violation of the Eighth Amendment of the United States Constitution.

20        Defendant filed a motion for summary judgment on July 31, 2013.   Plaintiff filed an

21   opposition to the motion on August 26, 2013, and Defendant filed a reply on September 24, 2013.

22        On October 7, 2013, Plaintiff filed a motion seeking to postpone consideration of

23   Defendant's motion pending further discovery.   Defendant did not file a response.   Local Rule

24   230(*l*).

25        Rule 56(d) provides that "[i]f a nonmovant shows by affidavit or declaration that, for

26   specified reasons, it cannot present facts essential to justify its opposition, the court may: (1) defer

27   considering the motion or deny it; (2) allow time to obtain affidavits or declarations or to take

28   discovery; or (3) issue any other appropriate order."   Fed. R. Civ. P. 56(d).   However, the deadline

1  for the completion of all discovery in this case was May 18, 2013, precluding Plaintiff from

2  relying on Rule 56(d) for relief.  (Doc. 24.)

3         To the extent Plaintiff's motion is construed as one seeking to modify the scheduling order

4  to permit further discovery, his motion is denied for lack of good cause.  Fed. R. Civ. P. 16(b)(4);

5  *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002).

6         Accordingly, Plaintiff's motion for relief under Rule 56(d), or in the alternative for relief

7  under Rule 16(b)(4), filed on October 7, 2013, is HEREBY ORDERED DENIED.

8

9

10  IT IS SO ORDERED.

11     Dated:   **November 4, 2013**                    **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28