# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSH SPINKS, JR., | Case No. 1:10-cv-01886-AWI-SKO PC |
| Plaintiff, | ORDER DENYING MOTION FOR RELIEF UNDER RULE 56(D), OR IN THE ALTERNATIVE FOR RELIEF UNDER RULE 16(B)(4) |
| v. | |
| E. LOPEZ, | (Doc. 50) |
| Defendant. | |

Plaintiff Rush Spinks, Jr., a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 12, 2010.  This action is proceeding against Defendant Lopez for interfering with Plaintiff's post-operative medical treatment, in violation of the Eighth Amendment of the United States Constitution.

Defendant filed a motion for summary judgment on July 31, 2013.  Plaintiff filed an opposition to the motion on August 26, 2013, and Defendant filed a reply on September 24, 2013.

On October 7, 2013, Plaintiff filed a motion seeking to postpone consideration of Defendant's motion pending further discovery.  Defendant did not file a response.  Local Rule 230(*l*).

Rule 56(d) provides that "[i]f a nonmovant shows by affidavit or declaration that, for specified reasons, it cannot present facts essential to justify its opposition, the court may: (1) defer considering the motion or deny it; (2) allow time to obtain affidavits or declarations or to take discovery; or (3) issue any other appropriate order."  Fed. R. Civ. P. 56(d).  However, the deadline

for the completion of all discovery in this case was May 18, 2013, precluding Plaintiff from relying on Rule 56(d) for relief. (Doc. 24.)

To the extent Plaintiff's motion is construed as one seeking to modify the scheduling order to permit further discovery, his motion is denied for lack of good cause. Fed. R. Civ. P. 16(b)(4); *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002).

Accordingly, Plaintiff's motion for relief under Rule 56(d), or in the alternative for relief under Rule 16(b)(4), filed on October 7, 2013, is HEREBY ORDERED DENIED.

IT IS SO ORDERED.

Dated:   **November 4, 2013**           **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE