# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

RUSH SPINKS, JR.,

              Plaintiff,

    v.

E. LOPEZ,

              Defendant.

_____/

Case No.  1:10-cv-01886-AWI-SKO PC

ORDER STRIKING SURREPLY

(Docs. 55-60)

      Plaintiff Rush Spinks, Jr., a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 12, 2010.  This action is proceeding against Defendant Lopez for interfering with Plaintiff's post-operative medical treatment, in violation of the Eighth Amendment of the United States Constitution.

      Pending before the Court is Defendant's motion for summary judgment.  On November 4, 2013, Plaintiff filed a two-hundred twenty page surreply.  (Docs. 55-60.)  Plaintiff is not entitled to file a surreply and the Court did not grant him leave to file a surreply.[1]  Local Rule 230(*l*).

      Accordingly, Plaintiff's surreply is HEREBY ORDERED STRICKEN from the record.
IT IS SO ORDERED.

Dated:   **November 6, 2013**                **/s/ Sheila K. Oberto**
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] In no event would a two-hundred twenty page surreply be permitted.  A surreply, when permitted by court order, is limited to addressing issues in the reply and it is generally limited to no more than five to ten pages; the surreply does *not* function as a second bite at opposing a motion.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28